UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Charles Hoefer and Hoefer Group, LLC,<br><br>                      Plaintiffs,<br><br>  vs.<br><br>Josh Teigen, Shayden Akason, Richard Garman, David Lehman, and James Albrecht,<br><br>                      Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Case No. 1:25-cv-00207 |

[¶1]   Pursuant to Fed. R. Civ. P. 6(b)(1)(A), counsel for Defendants Josh Teigen, Shayden Akason, Richard Garman, David Lehman, and James Albrecht ("State Defendants"), request an extension of time to respond to Plaintiffs Charles Hoefer and Hoefer Group, LLC's ("Plaintiffs") Complaint. *See* Doc. No. 1. State Defendants' response currently is due on October 28, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii). State Defendants now request an extension until November 17, 2025, to file a response.

[¶2]   Good cause exists to grant this motion, which is not made for the purposes of delay. The undersigned counsel's pre-existing case obligations and workload constraints create a conflict that would be remedied by a brief extension given the length of Plaintiffs' Complaint. The State Defendants have conferred with counsel for Plaintiffs concerning the need for an extension and counsel for Plaintiffs has stipulated to the request extension. Therefore, Counsel for State Defendants respectfully requests an extension of time to respond to the Complaint until November 17, 2025.

Dated this 24th day of October, 2025.

        State of North Dakota
        Drew H. Wrigley
        Attorney General

      By: /s/ Courtney R. Titus
        Courtney R. Titus
        Assistant Attorney General
        State Bar ID No. 08810
        Office of Attorney General
        Email: ctitus@nd.gov

      By: /s/ Austin H. Artz
        Austin H. Artz
        Assistant Attorney General
        State Bar ID No. 09708
        Office of Attorney General
        500 North 9th Street
        Bismarck, ND 58501-4509
        Telephone (701) 328-3640
        Email: aartz@nd.gov

Attorneys for State Defendants.

Dated this 24th day of October, 2025.

      By: /s/ Thomas C. James, Jr.
        Thomas C. James, Jr.
        ND Bar ID No. 006235
        Sanders & Associates, LPA
        8040 Hosbrook Road, Suite 202
        Cincinnati, Ohio 45236
        Telephone (513) 229-8080
        Email: TomJames@SandersLPA.com

 Attorney for Plaintiffs.