UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Charles Hoefer and Hoefer Group, LLC,<br><br>             Plaintiffs,<br><br>vs.<br><br>Josh Teigen, Shayden Akason, Richard Garman, David Lehman, and James Albrecht,<br><br>             Defendants. | **JOINT STIPULATED MOTION FOR EXTENSION OF BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS**<br><br>Case No. 1:25-cv-00207 |

[¶1]   Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the parties jointly move the Court to modify the briefing schedule in relation to the Motion to Dismiss (Doc. 12) and the supporting Memorandum of Law (Doc. 13) filed on November 17, 2025 by Defendants Josh Teigen, Shayden Akason, Richard Garman, David Lehman, and James Albrecht ("State Defendants").

[¶2]   Plaintiffs Charles Hoefer and Hoefer Group, LLC ("Plaintiffs") request an extension of time to respond to the Motion to Dismiss from the current due date of December 8, 2025, as defined by D.N.D. Civ. L. R. 7.1(A)(1), to December 23, 2025.

[¶3]   State Defendants request an extension of the deadline for filing their Reply to Plaintiffs' Response to the Motion to Dismiss until a date certain, January 21, 2026, in lieu of the 14-day filing period set by local rules which would otherwise apply. *See* D.N.D. Civ. L. R. 7.1(A)(1).

[¶4]   Good cause exists to grant this motion, which is not made for the purposes of delay. For Plaintiffs, the undersigned Plaintiffs' counsel's pre-existing case obligations and workload constraints, the complexity of the matters covered by Plaintiffs' Complaint and the corresponding arguments asserted within State Defendants' Motion to Dismiss, and the need to address complex matters raised in that Motion to Dismiss in relation to multiple individual parties, all create a conflict that would be remedied by a brief extension. For State Defendants, under both the existing motion reply period and the extended deadline proposed herein, the due date for State Defendants' Reply to Plaintiffs' Response will fall in either the lead-up to or the midst of the Christmas and New Year holiday periods, which, coupled with State Defendants' counsel's pre-existing case

obligations and workload constraints, also create a conflict that would be remedied by a brief extension and by setting a date certain for the Reply filing deadline.

[¶5]   Plaintiffs' counsel and State Defendants' counsel have conferred concerning the need for these extensions and the parties have stipulated to these requested extensions and proposed filing dates. Therefore, the parties, through their respective undersigned counsel, respectfully request that the Court set the following deadlines for the respective Response and Reply brief filings:

- Plaintiffs' Response to Motion to Dismiss: December 23, 2025.
- Defendants' Reply to Plaintiffs' Response: January 21, 2026.

Respectfully submitted and dated this 2nd day of December, 2025.

By:   /s/  Thomas C. James, Jr.
Thomas C. James, Jr. (ND# 006235)
Sanders & Associates, LPA
8040 Hosbrook Road, Suite 202
Cincinnati, Ohio 45236
Phone (513) 229-8080
TomJames@SandersLPA.com

ATTORNEY FOR PLAINTIFFS


State of North Dakota
Drew H. Wrigley, Attorney General

By:   /s/  Courtney R. Titus
Courtney R. Titus (ND# 08810)
Assistant Attorney General
Email: ctitus@nd.gov

By:   /s/  Austin H. Artz
Austin H. Artz (ND# 09708)
Assistant Attorney General
Office of Attorney General
500 North 9th Street
Bismarck, ND  58501-4509
Telephone (701) 328-3640
Email aartz@nd.gov

ATTORNEYS FOR STATE DEFENDANTS

2