UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Charles Hoefer and Hoefer Group, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>Josh Teigen, Shayden Akason, Richard Garman, David Lehman, and James Albrecht,<br><br>Defendants. | **JOINT STIPULATED MOTION FOR EXTENSION OF BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS**<br><br>**Case No. 1:25-cv-00207** |

[¶1]    Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the parties jointly move the Court to modify the briefing schedule in relation to the Motion to Dismiss (Doc. 12) and the supporting Memorandum of Law (Doc. 13) filed on November 17, 2025 by Defendants Josh Teigen, Shayden Akason, Richard Garman, David Lehman, and James Albrecht ("State Defendants").

[¶2]    On December 3, 2025, this court entered a text only docket entry order (No. 15) setting a briefing schedule in relation to Defendants' Motion to Dismiss, setting Plaintiffs' Response deadline as December 23, 2025, and Defendants' Reply deadline as January 21, 2026.

[¶3]    Plaintiffs Charles Hoefer and Hoefer Group, LLC ("Plaintiffs") request an extension of time to respond to the Motion to Dismiss from the current due date of December 23, 2025, until January 9, 2026, for the reasons described below.

[¶4]    State Defendants also request an extension of the deadline for filing their Reply to Plaintiffs' Response to the Motion to Dismiss from the current due date of January 21, 2026, until February 6, 2026, for the reasons described below.

[¶5]    Good cause exists to grant this motion, which is not made for the purposes of delay. This is a complex matter with many parties and many claims, as to which State Defendants have raised complex legal arguments in their Motion to Dismiss. For Plaintiffs, the undersigned Plaintiffs' counsel's pre-existing case obligations and workload constraints, the complexity of the matters covered by Plaintiffs' Complaint and the corresponding arguments asserted within State Defendants' Motion to Dismiss, the need to address complex matters raised in that Motion to

Dismiss in relation to multiple individual parties, and work and staffing demands in Plaintiffs' counsel's small firm brought on by the end of the year holiday season, all have created a conflict that would be remedied by a brief extension which will allow Plaintiffs the time needed to fully and properly address the State Defendants' arguments in their Motion to Dismiss. For State Defendants, the response period for their Reply to Plaintiffs' Response is currently set for a date certain and their response time will be effectively shortened if not further extended, a factor which, coupled with State Defendants' counsel's pre-existing case obligations and workload constraints, also create a conflict that would be remedied by a brief extension and by setting a new date certain for the Reply filing deadline.

[¶6]    Plaintiffs' counsel and State Defendants' counsel have conferred concerning the need for these extensions and the parties have stipulated to these requested extensions and proposed filing dates. Therefore, the parties, through their respective undersigned counsel, respectfully request that the Court set the following deadlines for the respective Response and Reply brief filings:

- Plaintiffs' Response to Motion to Dismiss: January 9, 2026.
- Defendants' Reply to Plaintiffs' Response: February 6, 2026.

Respectfully submitted and dated this 22nd day of December, 2025.

By:  /s/  Thomas C. James, Jr.
Thomas C. James, Jr. (ND# 006235)
Sanders & Associates, LPA
8040 Hosbrook Road, Suite 202
Cincinnati, Ohio 45236
Phone (513) 229-8080
TomJames@SandersLPA.com

ATTORNEY FOR PLAINTIFFS


State of North Dakota
Drew H. Wrigley, Attorney General

By:  /s/  Courtney R. Titus
Courtney R. Titus (ND# 08810)
Assistant Attorney General

Email: ctitus@nd.gov

By:  /s/  Austin H. Artz
Austin H. Artz (ND# 09708)
Assistant Attorney General
Office of Attorney General
500 North 9th Street
Bismarck, ND  58501-4509
Telephone (701) 328-3640
Email aartz@nd.gov

ATTORNEYS FOR STATE DEFENDANTS