UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Charles Hoefer and Hoefer Group, LLC,<br><br>                        Plaintiffs,<br><br>  vs.<br><br>Josh Teigen, Shayden Akason, Richard Garman, David Lehman, and James Albrecht,<br><br>                        Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**<br><br>Case No. 1:25-cv-00207 |

[¶1]   Pursuant to Fed. R. Civ. P. 6(b)(1)(A), counsel for Defendants Josh Teigen, Shayden Akason, Richard Garman, David Lehman, and James Albrecht ("State Defendants"), request an extension of time to file their reply brief in support of their Motion to Dismiss. *See* Doc. No. 12. State Defendants' reply brief in support of their Motion to Dismiss is currently due on February 6, 2026. *See* Doc. No. 17. State Defendants now request an extension until February 20, 2026, to file their reply brief in support of their Motion to Dismiss.

[¶2]   Good cause exists to grant this motion, which is not made for the purposes of delay. The undersigned counsel's pre-existing case obligations and workload constraints create a conflict that would be remedied by a brief extension given the length of Plaintiffs' Complaint and the complexity of the issues in this matter. The State Defendants have conferred with counsel for Plaintiffs concerning the need for an extension and counsel for Plaintiffs has stipulated to the request extension. Therefore, Counsel for State Defendants respectfully requests an extension of time to file their reply brief in support of their Motion to Dismiss until February 20, 2026.

Dated this 5th day of February, 2026.

        State of North Dakota
        Drew H. Wrigley
        Attorney General

By:   /s/ Courtney R. Titus
      Courtney R. Titus
      Assistant Attorney General
      State Bar ID No. 08810
      Office of Attorney General
      Email: ctitus@nd.gov

By:   /s/ Austin H. Artz
      Austin H. Artz
      Assistant Attorney General
      State Bar ID No. 09708
      Office of Attorney General
      500 North 9th Street
      Bismarck, ND 58501-4509
      Telephone (701) 328-3640
      Email: aartz@nd.gov

Attorneys for State Defendants.

Dated this 5th day of February, 2026.

By:   /s/ Thomas C. James, Jr.
      Thomas C. James, Jr.
      ND Bar ID No. 006235
      Sanders & Associates, LPA
      8040 Hosbrook Road, Suite 202
      Cincinnati, Ohio 45236
      Telephone (513) 229-8080
      Email: TomJames@SandersLPA.com

Attorney for Plaintiffs.