UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Charles Hoefer and Hoefer Group, LLC,<br><br>                               Plaintiffs,<br><br>    vs.<br><br>Josh Teigen, Shayden Akason, Richard Garman, David Lehman, and James Albrecht,<br><br>                               Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**<br><br>**Case No. 1:25-cv-00207** |

[¶1]   Pursuant to Fed. R. Civ. P. 6(b)(1)(A), counsel for Defendants Josh Teigen, Shayden Akason, Richard Garman, David Lehman, and James Albrecht ("State Defendants"), request an extension of time to file their reply brief in support of their Motion to Dismiss. *See* Doc. No. 12. State Defendants' reply brief in support of their Motion to Dismiss is currently due on February 20, 2026. *See* Doc. No. 17. State Defendants now request an extension until March 6, 2026, to file their reply brief in support of their Motion to Dismiss.

[¶2]   Good cause exists to grant this motion, which is not made for the purposes of delay. The undersigned counsel's pre-existing case obligations and workload constraints create a conflict that would be remedied by a brief extension particularly given the complexity of the issues in this matter and arguments presented in Plaintiffs' brief in response to the State Defendants' Motion to Dismiss. The State Defendants have conferred with counsel for Plaintiffs concerning the need for an extension and counsel for Plaintiffs has stipulated to the request extension. Therefore, Counsel for State Defendants respectfully requests an extension of time to file their reply brief in support of their Motion to Dismiss until March 6, 2026.

Dated this 20th day of February, 2026.

        State of North Dakota
        Drew H. Wrigley
        Attorney General

By:    /s/ Courtney R. Titus
       Courtney R. Titus
       Assistant Attorney General
       State Bar ID No. 08810
       Office of Attorney General
       Email: ctitus@nd.gov

By:    /s/ Austin H. Artz
       Austin H. Artz
       Assistant Attorney General
       State Bar ID No. 09708
       Office of Attorney General
       500 North 9th Street
       Bismarck, ND 58501-4509
       Telephone (701) 328-3640
       Email: aartz@nd.gov

Attorneys for State Defendants.

Dated this 20th day of February, 2026.

By:    /s/ Thomas C. James, Jr.
       Thomas C. James, Jr.
       ND Bar ID No. 006235
       Sanders & Associates, LPA
       8040 Hosbrook Road, Suite 202
       Cincinnati, Ohio 45236
       Telephone (513) 229-8080
       Email: TomJames@SandersLPA.com

Attorney for Plaintiffs.